# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAOTICA CORP., <br><br> Plaintiff, <br><br> v. <br><br> ICONIC MARS CORPORATION and OLUSEYI JAMES OLALEYE, <br><br> Defendants. | Case No: 3:21-cv-00433-CAB-DEB |

### AMENDED STIPULATED JUDGMENT AND PERMANENT INJUNCTION

Plaintiff Kaotica Corp. ("Kaotica") and Defendants Iconic Mars Corporation and Oluseyi James Olaleye (individually and collectively, "Iconic Mars") have agreed to a compromise and settlement of this action for patent infringement, trade dress infringement and copyright infringement as to the claims, defenses and counterclaims that were asserted in this action.

**WHEREFORE**, with the consent of Kaotica and Iconic Mars, by and through their undersigned attorneys, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. This Court has jurisdiction over Kaotica and Iconic Mars and over the subject matter of this action, including for entry and enforcement of this Stipulated Judgment and Permanent Injunction.

2. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1331, 1338(a)-(b) and 1391(b)(2).

3. The parties have agreed to the following factual findings:

    a. Kaotica is the owner by assignment of United States Patent No. 8,737,662 (the "'662 Patent") entitled "Noise Mitigating Microphone Attachment." The '662 Patent was duly and legally

|   |   |   |
|---|---|---|
| | | issued by the United States Patent and Trademark Office on May 27, 2014. |
| | b. | Kaotica owns all right, title and interest in and to the '662 Patent, including all rights to sue and recover for past and future infringement. |
| | c. | The '662 Patent is valid and enforceable. |
| | d. | Kaotica is the owner by assignment of United States Patent No. D733,690 entitled "Noise Mitigating Microphone Attachment" (the "'690 Patent"). The '690 Patent was duly and legally issued by the United States Patent and Trademark Office on July 7, 2015. |
| | e. | Kaotica owns all right, title and interest in and to the '690 Patent, including all rights to sue and recover for past and future infringement. |
| | f. | The '690 Patent is valid and enforceable. |
| | g. | Kaotica owns all right, title, and interest in and to, including all rights to sue and recover for past and future infringement, the copyright in the original text placed on packaging for the KAOTICA EYEBALL noise mitigating microphone attachment (the "Kaotica Text"), which text is the subject of a United States Copyright Registration No. TX 8-937-518, dated February 24, 2021 (the "Kaotica Copyright"). |
| | h. | The Kaotica Copyright is valid and subsisting. |
| | i. | Kaotica owns all right, title and interest in and to, including all rights to sue and recover for past and future infringement, the trade dress employed on the KAOTICA EYEBALL noise mitigating microphone attachment (the "Kaotica Trade Dress"). Photographs showing the Kaotica Trade Dress are attached hereto as Exhibit 1. |

-2-
**AMENDED STIPULATED JUDGMENT AND PERMANENT INJUNCTION**

    j.  The Kaotica Trade Dress is valid and subsisting.

4. In this action, Kaotica has alleged that Iconic Mars: (a) in violation of 35 U.S.C. § 271, makes, uses, offers for sale, sells, and/or imports into the United States products, specifically its Iconic Mars Comet shown in Exhibit 2 hereto (individually and collectively the "Accused Products") that infringes one or more claims of the '662 Patent and/or the '690 Patent; (b) in violation of 17 U.S.C. § 501, infringes the Kaotica Copyright by placing text on the packaging for the Accused Products (the "Accused Text") that is derived and copied from the Kaotica Text without Kaotica's authorization; and (c) in violation of 15 U.S.C. § 1125(a), infringes the Kaotica Trade Dress by offering for sale and selling in the United States the Accused Products (the "Infringing Trade Dress").

5. Iconic Mars acknowledges and agrees that (a) the Accused Products are the only noise mitigating microphone attachments it has sold and (b) this representation is a material inducement for Kaotica to resolve this matter on the terms set forth herein.

6. Kaotica has further alleged that the Accused Products are offered for sale and have been sold in the United States.

7. Iconic Mars acknowledges and agrees that Kaotica has suffered and will continue to suffer irreparable harm and injury from Iconic Mars' continued importation, offering for sale and sale of the Accused Products in the United States.

8. Effective on January 1, 2022, pursuant to 15 U.S.C. § 1116(a), 17 U.S.C. § 502, 35 U.S.C. § 283, and Rule 65 of the Federal Rules of Civil Procedure, Iconic Mars, its parents, subsidiaries and their respective officers, shareholders, agents, servants, employees, attorneys, instrumentalities, and those persons in privity, active concert, or participation with them, are permanently enjoined from any and all acts of direct, contributory or induced infringement of the '662 Patent, the '690 Patent, the Kaotica Copyright and the Kaotica Trade Dress, including, without limitation, (a) the

-3-
**AMENDED STIPULATED JUDGMENT AND PERMANENT INJUNCTION**

manufacture, use, sale, offer for sale, advertising, promotion, distribution and importation of the Accused Products in and to the United States; (b) causing or inducing others to manufacture, use, sell, offer for sale, advertise, promote, distribute or import the Accused Products in and to the United States; (c) reproducing, creating derivative works from and publicly displaying the Kaotica Text or any text that is substantially similar to the Kaotica Text; and (d) causing or inducing others to reproduce, create derivative works from or publicly displaying the Kaotica Text or any text that is substantially similar to the Kaotica Text (the "Injunction").

9. Iconic Mars reserves the right to challenge the validity and/or enforceability of the '662 Patent and/or the '690 Patent vis-à-vis products other than the Accused Products provided that such products are more than colorably different than the Accused Products.

10. Iconic Mars reserves the right to challenge the validity and/or enforceability of the Kaotica Trade dress vis-à-vis products other than the Accused Products provided that such products are more than colorably different than the Accused Products.

11. Iconic Mars reserves the right to challenge the validity and/or enforceability of the Kaotica Copyright vis-à-vis text other than the Accused Text.

12. Prior to January 1, 2022, in the United States Iconic Mars, its parents, subsidiaries and their respective officers, shareholders, agents, servants, employees, attorneys, instrumentalities, and those persons in privity, active concert, or participation with them shall only offer for sale and sell the Accused Products on Iconic Mars' website, which has the web address of www.iconicmars.com.

13. Within two (2) business days of the date of the entry of this Stipulated Judgment and Permanent Injunction, Iconic Mars shall deliver the sum of $25,000.00 (Twenty-Five Thousand Dollars) to Kaotica's undersigned New York counsel.

14. Judgment is hereby entered against defendant Iconic Mars in favor of plaintiff Kaotica.

15. Kaotica and Iconic Mars shall bear their respective attorneys' fees and costs incurred in connection with this action.

16. This Stipulated Judgment and Permanent Injunction shall be binding upon and shall inure to the benefit of the parties and their respective heirs, successors, assigns, and acquiring companies.

17. Jurisdiction is retained by this Court for the purpose of enforcing compliance with the terms of this Stipulated Judgment and Permanent Injunction.

18. The Injunction shall remain in full force and effect unless and until modified by order of this Court.

////////////////////////////

| | | |
|---|---|---|
| 1 | SO STIPULATED: | TARTER KRINSKY & DROGIN LLP |
| 2 | Dated October 27, 2021 | By: /s/ Mark J. Rosenberg |
| 3 | | Mark J. Rosenberg (admitted *pro hac vice*) |
| 4 | | 1350 Broadway |
| 5 | | New York, New York 10018 |
| | | Telephone: (212) 216-8000 |
| 6 | | Facsimile: (212) 216-8001 |
| 7 | | mrosenberg@tarterkrinsky.com |
| 8 | | |
| | | Jeffery M. Rosenfeld (SBN 222187) |
| 9 | | KRONENBERGER ROSENFELD, LLP |
| 10 | | 150 Post Street, Suite 520 |
| | | San Francisco, California 94108 |
| 11 | | Telephone: (415) 955-1155 |
| 12 | | Facsimile: (415) 955-1158 |
| | | jrosenfeld@krinternetlaw.com |
| 13 | | |
| | | *Attorneys for Plaintiff* |
| 14 | | |
| 15 | SO STIPULATED: | SML AVVOCATI P.C. |
| 16 | Dated: October 27, 2021 | By:/s/ Stephen M. Lobbin |
| 17 | | Stephen M. Lobbin (SBN 181195) |
| | | Joshua N. Osborn (SBN 317435) |
| 18 | | 4640 Cass Street #90142 |
| 19 | | San Diego, California 92019 |
| | | Telephone: (949) 636-1391 |
| 20 | | sml@smlavvocati.com |
| 21 | | jno@smlavvocati.com |
| 22 | | *Attorneys for Defendants* |
| 23 | | |
| 24 | It is **SO ORDERED**: | |
| 25 | | |
| 26 | Dated: October 28, 2021 | _____ |
| 27 | | Hon. Cathy Ann Bencivengo |
| | | United States District Judge |
| 28 | | |

-6-
**AMENDED STIPULATED JUDGMENT AND PERMANENT INJUNCTION**

# EXHIBIT 1















EXHIBIT 2

